UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA R.,

                          Plaintiff,

          -against-                                          24 CIVIL 07898 (SDA)

COMMISSIONER OF SOCIAL SECURITY.,                            **JUDGMENT**

                          Defendant.


It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's

Opinion and Order dated May 20, 2026, Plaintiff's motion for summary judgment (ECF No. 16) is

DENIED and the Commissioner's motion for summary judgment (ECF No. 28) is GRANTED.

Accordingly, the case is closed.

**Dated:**   New York, New York
             May 20, 2026

                                              **TAMMI M. HELLWIG**
                                              _____
                                                     **Clerk of Court**


                          **BY:**
                                              _____
                                                     **Deputy Clerk**