Application DENIED AS MOOT, since Plaintiff also filed a timely Notice of Appeal on June 1, 2026 (ECF No. 39).

SO ORDERED.
Dated: June 1, 2026

*Att of a*

**U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joshua Rogers

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Commissioner of SSA

_____
(List the full name(s) of the defendant(s)/respondent(s).)

1:24 cv 07898 ( )( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/20/26 but did not file a notice of appeal within the required
                                                                date
time period because:

Everything that was requested was submitted intially, that why I didnt keep other appointment because I h____ __d___ ___l harm.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 6/1/26

Signature: JR Btev

Name (Last, First) Rogers Joshua

Address 145 East 23rd Street #150    City New York    State NY    Zip Code 10010

Telephone Number 404-919-8684

E-mail Address (if available) rogers.Joshua00@outlook.com

Rev. 3/27/15