**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joshua Rogers, | |
| Plaintiff, | **1:24-cv-07898 (SDA)** |
| -against- | <u>**AMENDED ORDER**</u> |
| Commissioner of Social Security, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is a motion by Plaintiff, pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, for leave to proceed *in forma pauperis* ("IFP") on appeal. (Pl.'s 6/1/26 Mot. for Leave, ECF No. 41.) For the reasons set forth below, Plaintiff's motion is DENIED.

<u>**LEGAL STANDARDS**</u>

Rule 24(a)(1) provides that a party to a district court action who desires to appeal IFP must file a motion in the district court. *See* Fed. R. App. P. 24(a)(1). "A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith . . .." Fed. R. App. P. 24(a)(3). Similarly, under Section 1915 of Title 28 of the United States Code, which governs proceedings *in forma pauperis*, provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).

"Good faith for purposes of § 1915 does not mean 'good faith from [a litigant's] subjective point of view.'" *Williams v. United States*, No. 18-CV-12064 (LLS), 2019 WL 13549177, at *4 (S.D.N.Y. Mar. 26, 2019) (quoting *Coppedge v. U.S.*, 369 U.S. 438, 445 (1962)). "Rather, a litigant

demonstrates good faith when the litigant 'seeks appellate review of any issue not frivolous.'" *Id*. (quoting *Coppedg*e, 369 U.S. at 445).

**APPLICATION**

Here, the Court finds that Plaintiff's appeal is frivolous. As set forth in the Court's prior Opinion and Order, dated May 20, 2026, Plaintiff purported to bring a claim under Section 205(g) of the Social Security Act (the "Act") but, because Plaintiff never made a claim for benefits and therefore never received an unfavorable decision by the Commissioner on such a claim, there is no basis for judicial review under the Act, as sought by Plaintiff.[1] (5/20/26 Op. & Order, ECF No. 37, at 6-7.) Thus, the Court hereby certifies that the appeal is not taken in good faith.

Petitioner can renew in the Court of Appeals any argument that IFP status is warranted. *See Coppedge*, 369 U.S. at 445 ("If the District Court finds the application is not in good faith, and therefore denies leave to appeal in forma pauperis, the defendant may seek identical relief from the Court of Appeals.").

**CONCLUSION**

For the foregoing reasons, Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is DENIED.

**SO ORDERED.**

DATED:    New York, New York
          June 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Even assuming that the Petition is construed to be requesting a new social security number, that Petition is frivolous for the reasons set forth in the 5/20/26 Opinion & Order (ECF No. 37).